IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LYNNE TURK, individually and as Trustee, of the Lynne Caponera Revocable Trust, GARY and LAURIE SPELLMAN, and SUSAN BLOUNT, individually and on behalf of all others similarly situated, | § § § § § § | |
| *Plaintiffs,* | § | CIVIL ACTION NO.:3:09-cv-02199-B |
| | § | |
| v. | § § | |
| PERSHING, LLC | § § § | |
| *Defendants.* | § | |

## APPLICATION FOR ADMISSION *PRO HACE VICE*

I.   Applicant is an attorney and a member of the law firm of (or practices under the name of) Blackner Stone & Associates, with offices at
123 Australian Avenue
Palm Beach, FL  33480
Telephone (561) 659-5754
Fax (561) 659-3184

II.  Applicant will sign all filings with the name Rick Stone.
Applicant wants this form to serve as applicant's registration for electronic case filing and consent under FED.R.CIV.P. 5(b) to accept service electronically at the following email address:
rstoneesq@aol.com

III. Applicant has been retained personally or as a member of the above named firm by:

Lynne Turk, individually and as Trustee of the Lynne Caponera Revocable Trust, Gary and Laurie Spellman, and Susan Blount, individually and on behalf of all others similarly situated

to provide legal representation in connection with the above-styled matter now pending before the United States District Court, for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the State of <u>New York</u>, where Applicant regularly practices law.

Bar license number:   <u>1929660</u>       Admission date:   <u>June 20, 1984</u>

**Attached to this application an original certificate of good standing issued within the past 90 days from a state or the District of Columbia.**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| <u>U.S.D.C. S.D. of New York</u> | <u>March 3, 1995</u> | <u>Active</u> |
| <u>U.S.D.C. E.D. of New York</u> | <u>1984</u> | <u>Active</u> |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

_____

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings -regardless of outcome- while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

_____

VIII. Applicant has not been charged, arrested, or convicted of criminal offense or offenses, except as provided below (omit minor traffic offenses):

_____

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matter:

| Date of Application | Case No. and Style |
|---|---|
| <u>May 12, 2010</u> | <u>3:09-cv-02198, Turk v. Pershing, LLC</u> |
| | |

X. Local counsel of record associated with Applicant in this Matter is <u>Applicant requests permission to proceed without local counsel pursuant to L. R. 89.10. Applicant has associated with the following Texas counsel in this case who are admitted to practice in the Northern District of Texas: Guy M. Hohmann of Hohmann, Taube & Summers, LLP, 100 Congress Avenue, Ste. 1800 Austin, TX 78701, (512) 472-5997; Gary L. Lewis of George & Brothers, 114 W. Seventh Street, Suite 1100, Austin, TX 78701, (512) 495-1400</u>

XI.  Check the appropriate section below.

    For Application in a **Civil Case**
    ☒ Applicant has read *Dondi Properties Corp. V. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

    For Application in a **Criminal Case**

    ☐ Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filling fee, on this the 26th day of May, 2010.

                                              Richard L. Stone
                                              Printed Name of Applicant

                                              *[signature]*
                                              Signature



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, James Edward Pelzer, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Richard Lee Stone** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 20th day of June 1984, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on February 19, 2010.



*James Edward Pelzer*
Clerk of the Court