UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LYNNE TURK, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | Civil Action No. 3:09-cv-02199-N |
| | § | |
| PERSHING LLC, | § | ECF |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER GRANTING JOINT MOTION FOR MODIFICATION OF CLASS CERTIFICATION SCHEDULING ORDER

The Joint Motion for Modification of Class Certification Scheduling Order is GRANTED.

IT IS THEREFORE ORDERED that the following deadlines are now set as follows:

1. The Class Certification Submission Date: **August 10, 2015;**

2. Plaintiffs' Motion for Class Certification: **May 20, 2015;**

3. Plaintiffs' deadline to designate experts on issues related to class certification: **May 20, 2015;**

4. Defendants' deadline to designate experts on issues related to class certification: **July 6, 2015;**

5. Plaintiffs' deadline to designate rebuttal experts on issues related to class certification: **August 5, 2015;**

6. Defendants' deadline to serve their response to Plaintiffs' motion for class certification: **45 days before the August 10, 2015 Submission Date**.

7. Plaintiffs' deadline to serve their reply to Defendants' response, including rebuttal evidence, if any, and supporting brief: **15 days before the August 10, 2015 Submission Date**.

Signed February 17, 2015.

_____
David C. Godbey
United States District Judge