UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LYNNE TURK, ET AL., | § | |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:09-cv-02199 |
| | § | |
| | § | |
| PERSHING, LLC | § | |
| *Defendant.* | § | |

## UNOPPOSED MOTION TO EXCEED PAGE LIMITS

Plaintiffs, Lynne Turk, individually and as Trustee of the Lynne Caponera Revocable Trust, Susan Blount, and Dale Quisenberry, individually and on behalf of a class of all others similarly situated, (collectively hereinafter "Plaintiffs") files this Unopposed Motion to Exceed Page Limits (the "Unopposed Motion"). As set forth below, Defendants Pershing, LLC (the "Defendants") does not oppose the relief requested in this motion.

1. Plaintiffs' Brief in Support of Plaintiffs' Motion for Class Certification, for Designation of Class Representatives and Class Counsel as filed is 43 pages in length. Plaintiffs' Reply Brief in support of the same Motion is 41 pages in length. Thus, both Briefs exceed the page limitation set out in N. Dist. Tex. L.R. 7.2(c).

2. Plaintiffs request leave from this Court to exceed page limits on both briefs.

3. In the Briefs, Plaintiffs address multiple issues of fact and law arising out of Plaintiffs' Motion for Class Certification in this case dealing with many issues related to the Stanford receivership. In the Reply Brief, Plaintiffs were

additionally required to address the multiple issues raised by Pershing in its 81-page Opposition to Plaintiffs' motion. All these issues could not be fairly addressed within the page limits set out in N. Dist. Tex. L.R. 7.2(c).

4. Defendant does not oppose the relief requested in this Motion to Exceed Page Limits.

### REQUEST FOR RELIEF

Plaintiffs request that the Court grant this Unopposed Motion, and order:

(a) That Plaintiffs be granted leave to exceed the page limitations in Local Rule 7.2(c) with respect to Plaintiffs' Brief in Support of Plaintiffs' Motion for Class Certification, for Designation of Class Representatives and Class Counsel and in its Reply Brief in support of the same Motion.

Respectfully Submitted,

**GEORGE BROTHERS KINCAID & HORTON LLP**

By:    */s/ R. James George, Jr.*
       R. James George, Jr.
       State Bar No. 07810000
       rjgeorge@gbkh.com
       Gary L. Lewis
       State Bar No. 12277490
       gllewis@gbkh.com
       114 W. Seventh Street, Suite 1100
       Austin, Texas 78701
       (512) 495-1400
       (512) 499-0094 (facsimile)

**HOHMANN, BROPHY & SHELTON, PLLC**
       Guy M. Hohmann
       State Bar No. 09813100
       guyh@hbslawyers.com
       Ryan T. Shelton
       State Bar No. 24037484
       ryans@hbslawyers.com

        401 Congress Avenue, Suite 3050
        Austin, Texas 78701
        (512) 596-3622
        (512) 472-5249 (facsimile)

**CASTILLO SYNDER, P.C.**
        Edward C. Snyder
        Texas Bar No. 00791699
        esnyder@casnlaw.com
        Bank of America Plaza, Suite 1020
        300 Convent Street
        San Antonio, Texas 78205
        (210) 630-4200
        (210) 630-4210 (facsimile)

**STRASBURGER & PRICE, LLP**
        Edward F. Valdespino
        Edward.valespino@strasburger.com
        Andrew L. Kerr
        Andrew.kerr@strasburger.com
        2301 Broadway Street
        San Antonio, Texas 78215
        (210) 250-6000
        (210) 250-6100 (facsimile)

**BEASLEY KRAMER & GALARDI, P.A.**
        James W. Beasley, Jr.
        Florida Bar No. 145750
        beasley@beasleylaw.net
        Joseph G. Galardi
        Florida Bar No. 0180572
        galardi@beasleylaw.net
        Flagler Center, Suite 1500
        505 South Flagler Drive
        West Palm Beach, Florida 33401
        (561) 835-0900
        (561) 835-0930 (facsimile)

**BLACKNER, STONE & ASSOCIATES**
        Lesley Blackner, Esquire
        Florida Bar No. 654043
        Lblackner@aol.com
        Richard Stone
        rstoneesq@aol.com
        123 Australian Avenue
        Palm Beach, Florida 33480

                    (561) 659-5754
                    (561) 659-3184 (facsimile)

**MORGENSTERN & BLUE, LLC**
Peter D. Morgenstern
*(admitted pro hac vice)*
pmorgenstern@mfbnyc.com
885 Third Avenue
New York, New York 10022
(212) 750-6776
(212) 750-3128 (facsimile)

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiffs has conferred with counsel for Defendants and said counsel have indicated that Defendants do not oppose this Motion.

*/s R. James George, Jr.*
R. James George, Jr.

**CERTIFICATE OF SERVICE**

On August 10, 2015, I hereby certify that I filed an UNOPPOSED MOTION TO EXCEED PAGE LIMITS, electronically and/or First Class Mail, or by other means authorized by the Court or the Federal Rules of Civil Procedure.

*/s R. James George, Jr.*
R. James George, Jr.