UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LYNNE TURK, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:09-cv-02199 |
| PERSHING LLC, | § § § | |
| Defendant. | § | |

**PERSHING LLC'S NOTICE OF AGREED EXTENSION OF TIME TO FILE MOTIONS**

Pursuant to this Court's August 14, 2020 Amended Scheduling Order (ECF No. 229), Defendant Pershing LLC ("Pershing"), by and through its undersigned counsel, hereby provides notice that counsel for Plaintiffs has agreed with counsel for Pershing that the time for filing all Motions is extended fourteen (14) days, or through and including October 13, 2020.

Dated: September 29, 2020

Respectfully submitted,

*/s/Thomas M. Farrell*
Texas Bar Number 06839250
MCGUIREWOODS LLP
600 Travis St., Suite 7500
Houston, TX 77002
(713) 571-9191
(713) 571-9652 Fax

Jeffrey J. Chapman
New York Bar Number 2955896
(*pro hac vice*)
MCGUIREWOODS LLP
1251 6th Ave., 20th Fl.
New York, NY 10020
(212) 548-2100

*Attorneys for Pershing LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that on September 29, 2020, a copy of the foregoing document was served on Plaintiffs through their counsel of record, via the Court's ECF system.

                                     */s/ Thomas M. Farrell*
                                     Thomas M. Farrell